*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)626-3100*

---

**Clara Akalarian**

    Debtor(s)

BK No. **1:09-bk-12681**

Chapter **7**

Judge: **Arthur N. Votolato**

---

### *JUDGMENT ORDER*

   Pursuant to the order entered this date, judgment is hereby entered regarding;

      Re:[17] Order Granting Motion For Relief From Stay Filed by Creditor HSBC Bank USA, National Association as Trustee for Nomura Asset–Backed Certificate Series, 2006–AF1.

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **8/21/09**
Document Number: **18 – 17**

By: **PR**
Deputy Clerk

judgement4.jsp #404