UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| In Re: ) | |
| Clara Akalarian, ) | Chapter 7 |
| Debtor ) | Case No. 09-bk-12681 |
| ) | |

**Motion to Approve an Executory Contract**

Pursuant to 11 U.S.C. **§365,** now comes, Clara Akalarian, the debtor, (the "Debtor) and asks this Honorable court to approve the purchase and sales agreement (Attached 1) entered into between the Debtor and Arista development ("Arista").

**Debtor**
Clara Akalarian
By her Attorneys

/s/ Keven A. McKenna
Keven A.McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Telephone
401 521-5820 Fax
KevenM@McKennalaw.cc Net

Dated: August 25, 2009

**Notice of Rule**

Within ten (10) days after service as evidenced by certification and an additional three (3) days pursuant to Rule 9006(f) of the Federal Rules of Bankruptcy if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court on the 6th Floor of 380 Westminister Mall, Providence, R.I. 02903 at 401 528-4477. If no objection or other response is timely filed within the time allowed herein, the

2

paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; and (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

/s/ Keven A. McKenna
Keven A.McKenna, #662

Certification

I certify that the above motion was mailed to all persons on the electronic mailing list as well as a physical copy faxed to Arista Development.

/s/ Keven A. McKenna